DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MIGUEL EUGENE BARNETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2833

_____

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth Rice, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Miguel Eugene Barnett, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.